No. 340. KESHNER *v.* WICK; and

No. 403. WICK *v.* KESHNER. C. A. 8th Cir. Certiorari denied. *Wilder Lucas* and *Ralph T. Finley* for Keshner. *Schaefer O'Neill* for Wick. Reported below: 244 F. 2d 146.

No. 361. SCHOOL BOARD OF NEWPORT NEWS, VIRGINIA, ET AL. *v.* ATKINS ET AL. C. A. 4th Cir. Certiorari denied. *J. Lindsay Almond, Jr.,* then Attorney General, *Kenneth C. Patty,* now Attorney General, and *Henry T. Wickham,* Special Assistant to the Attorney General, for the Commonwealth of Virginia, *T. Justin Moore, Archibald G. Robertson, John W. Riely* and *T. Justin Moore, Jr.* for the Newport News School Authorities, and *W. R. C. Cocke* for the Norfolk School Authorities, petitioners.

No. 367. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. *v.* WILLIAMS ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application. *Alden B. Howland* and *Bennett A. Webster, Jr.* for petitioner. *John Leroy Peterson* for Williams, and *James H. Anderson* for the Union Pacific Railroad Co., respondents.

No. 370. JAMIESON ET AL. *v.* WOODWARD & LOTHROP ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Smith W. Brookhart, Ralph E. Becker, Benjamin H. Dorsey* and *Irving G. McCann* for petitioners. *Richard W. Galiher* and *William E. Stewart, Jr.* for Helena Rubinstein, Inc., respondent.